Thank you, your honors. Meet Mr. George. He's from the Marble Pit Farm in Austin, New York County. I gave his research three years ago. Well, thank you. Good luck. Good luck to you. Thank you. Thank you. Thank you. Your honors, I can't believe all of this is comments. So, new January comment this year. The Indian State Supreme Court held that there were no such rules to see, offer, sign, or make use of individual funds. But the court resolved the question, what is the result of these efforts? It said, to cost us a full amount of funds, individual claims, any job payable, and the working age restrictions for that age. The Indian State Supreme Court, the Indian State Indian Community Committee, followed the same kind of research that you all do. In January, we came up with a cost of $22,000, in the amount of $12,000, which is basically what I'm talking about, to be able to get us a state cap, which I don't want to overcharge, but it did not, Do you think, and I'd also say that it's an issue that you need to deal with, when you're in January, and I'm seeing that there's not an understanding of travel, what would you think, is this an issue that's relevant to the Indian State Supreme Court? Well, I don't think that it's an issue that I'm capable of, necessarily, as to be looked at, but even if there's just certain substantive means of offering, it's very unconstitutional in this case. What we may or will sustain, offer, charges, so the intention, as you're suggesting, would be to have you say, what are the consequences, what are the different penalties, and what are the costs, and what are the other things, what are the incentives, and what are the other things? Well, the incentive for this, I think we've offered, a full injunction, really, for folks to know that, this is a case where the complaint comes, and also, some customers, with a business relationship, or a customer relationship, or whatever it is, and, I just suggest that you first of all, call up both of your clients, in this field, because even, some of the, because of the softball, most cases, the network, the system network, it's important, to the people. It might have the, it's important that the plaintiffs, have a lot of courage, in this particular case. So, the, the first thing that you want to call is, we're in the middle of an injunction, so call that number, if you don't want to call, so you're not going to be in trouble, of course. And, and I believe that, because, there's still sufficient discourse, in several cases, several theories, in some cases, it's not intended to fire, it's not intended, it's just to assess, some of the, the capabilities, and, the practices, just to decide, it's, it's a, a lot of, a lot of ethics, a lot of questions here, is if you're able to, is this, is this rule, or do you feel, that it's actually, it's actually a class action, it's also, that it's buying off, a visible, place for, for another bus? No,  I've heard that argument before, I've never seen, I've never seen it happen, so, so I'm going to have to, you know, I, I definitely, I definitely cannot agree more, to, than, than the title's worth, to quote, the title, of this class, you know, you don't have to look, you don't have to look any more, than you would probably, if you were in a, if you were in a class action, so, I don't know about that, if you have, if you have three or four players, you have, you know, it's a small play, it's not for, for a large class, it's just, if you're right, hold as tender, secure, and whether it's, hey I wrote a small non general cross edge, or you know, your honor I unmised the question there and slipped it, to there following the discussion hey, some stuff just died on the spot, well I was reading matriculation, matriculation class action, do you, do you exclude these types or do you exclude these types, what do you guys say, this is sort of overarching, the moral of this is, it's the, the religious class, and it's the very unsatisfying part of the teacher, and I think that's the most, you know, generally, said, you still cover, you still cover those and you guys are like, well alright, so, and for, it's a good question, and I don't want to, I don't want to answer the questions, that, that, that's, that's, that's the class that's it is, it is, you know, individual claims for those, that, those claims are also important reasons. One, and to be fully proofed, the issue, you know, before the, before the questions, I mean, 10 of them are, are, are, are South Caribbean's, the, the, the rationales, the analysis entities are, you know, fully applicable to, to pre-claims actions, creating claims certification. How do you understand that this court, in Gomez, in the, on this side, had distinguished the cases, setting the cases,  and, and now, as a collective action case, ultimately, you have to move on to pre-claims actions. What, what, what, what, well, you know, there are, those cases, cerification, certification is also countries on top, we have — Atlas and Yerkes and Hopkin. But, if it's election, where OFS certification which you see on your product, the kinds of decisions you can have about these, these types of decisions, which you can hear from Justice Healthcare Laws, and admissions, are concerned about that, but some states, yeah, I've been able to hear it, I've been able to see it from a lot of jurisdictions, and I think a lot of people don't often know the distinction, it's just a difference here, because in this area, they call it Apple Class Action, where you give classes, certified, and the cases teach us that the certification relates, or is attached, to the initiation of a lawsuit, so now it's kind of one of our state's united class representatives, we have a certified class, so that's for the capable human class, and it's a class that has been very innovative out there, but in each kind of situation, if you do certain things, the the police is there's nobody else, because nobody's calling in, so there's like, a lot of people, so that's what the the kind of interests out there rely on quote-unquote the software silo program architecture, and our architecture will be a little more transitory for the expected human class, and this framework in our class is                                                       a little  transitory         our class is a little more transitory for the expected human class, and this framework in our class is a            our class is a little more transitory for the expected human class, and this framework in our class is a little
judges: Silverman, Fisher, Tallman